**Richard CISNEROS, Jr., Appellant,**

v.

**The STATE of Texas.**

**No. PD–0927–09.**

Court of Criminal Appeals of Texas.

Oct. 19, 2011.

Dan B. Gerson and Peyton Z. Peebles, III, Houston, for Appellant.

Bridget Holloway, Asst. D.A., Houston, and Jeffrey L. Van Horn, State's Attorney, Austin, for State.

PER CURIAM.

We have determined that our decision to grant the appellant's petition was improvident. Therefore, the petition is dismissed.

MEYERS, J., dissented.